AO 450 (Rev. 5/85) Judgment in a Civil

# UNITED STATES DISTRICT COURT

─────────── DISTRICT OF HAWAII ───────────

| | |
|---|---|
| ALEX C. AMINA | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CIVIL NO. 02-00290 SOM-BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| CITY AND COUNTY OF HONOLULU,<br>et al. | August 27, 2003<br>At 4 o'clock and 00 min p.m.<br>WALTER A.Y.H. CHINN, CLERK |
| Defendant(s). | |

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, pursuant to the "Order Adopting Magistrate's Findings and Recommendation" filed August 26, 2003; adopting the "Findings and Recommendation of Magistrate Re: Dismissal of Complaint with Prejudice" filed August 13, 2003.

| August 27, 2003 | WALTER A.Y.H. CHINN |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |